No. M–71 (O. T. 1995). LE MAY *v.* SECRETARY OF HEALTH AND HUMAN SERVICES;

No. M–1. LAWRENCE *v.* SECRETARY OF THE TREASURY;

No. M–3. STRICKLAND *v.* LINAHAN, WARDEN;

No. M–4. LUHRS *v.* KROHN;

No. M–5. FINNEY *v.* STATE FARM FIRE & CASUALTY CO.;

No. M–6. HARRIS *v.* RECTOR AND BOARD OF VISITORS OF THE UNIVERSITY OF VIRGINIA, ET AL.;

No. M–7. HALL *v.* BROWN;

No. M–8. MILLER *v.* UNITED STATES DEPARTMENT OF LABOR ET AL.;

No. M–10. COLSTON *v.* MADISON CORRECTIONAL INSTITUTION ET AL.;

No. M–11. SCHEIDEMANN *v.* IMMIGRATION AND NATURALIZATION SERVICE;

No. M–12. MATTHEWS *v.* PRICE, SUPERINTENDENT, ARKANSAS VALLEY CORRECTIONAL FACILITY, ET AL.; and

No. M–13. MMUBANGO *v.* MINNESOTA DEPARTMENT OF AGRICULTURE. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–2. RACHAL *v.* TEXAS. Motion to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. M–9. PERSIMMON HOLLOW CO. *v.* CITY OF AUSTIN. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for fees and expenses granted, and the River Master is awarded $4,752.67 for the period April 1 through June 30, 1996, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 517 U. S. 1232.]

No. 124, Orig. COLLINS *v.* ALABAMA ET AL. Motion of plaintiff to expedite consideration of motion for leave to file bill of complaint denied. Motion for leave to file bill of complaint denied.

No. 94–820. METROPOLITAN STEVEDORE CO. *v.* RAMBO ET AL., 515 U. S. 291. Motion of respondent Rambo for attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the Ninth Circuit.